UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL CARRASCO CARRASCO, | No.  2:24-cv-1110 AC P |
| Plaintiff, | |
| v. | ORDER |
| STANISLAUS COUNTY SHERIFF, et al., | |
| Defendants. | |

Plaintiff, a county jail inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, plaintiff has not filed a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a certified copy in support of the application.

In accordance with the above, IT IS HEREBY ORDERED that within thirty days from the service of this order, plaintiff shall file a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint.  Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: April 25, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE