UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL CARRASCO CARRASCO,<br><br>Plaintiff,<br><br>v.<br><br>STANISLAUS COUNTY SHERIFF, et al.,<br><br>Defendants. | No. 2:24-cv-1110 AC P<br><br>ORDER |

By an order filed April 25, 2024, plaintiff was ordered to file a certified copy of his prison trust account statement and was cautioned that failure to do so would result in a recommendation that this action be dismissed. ECF No. 5. The thirty-day period has now expired, and plaintiff has not filed a trust account statement or otherwise responded to the court's order. Plaintiff will be given one final opportunity to submit the required documentation.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the filing of this order, plaintiff shall submit a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint. Failure to comply with this order will result in a recommendation that this action be dismissed without further warning.

DATED: June 14, 2024

_allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE