1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RAFAEL CARRASCO CARRASCO,                    No.  2:24-cv-1110 AC P

12                  Plaintiff,
                                                   ORDER AND FINDINGS AND
13          v.                                     RECOMMENDATIONS

14    STANISLAUS COUNTY SHERIFF, et al.,

15                  Defendants.

16

17          By an order filed April 25, 2024, plaintiff was ordered to file a certified copy of his prison

18    trust account statement and was cautioned that failure to do so would result in a recommendation

19    that this action be dismissed.  ECF No. 5.  After plaintiff failed to file a trust account statement,

20    he was given an additional twenty-one days to comply and warned that failure to comply would

21    result in a recommendation that this action be dismissed without further warning.  ECF No. 6.

22    The twenty-one-day period has now expired, and plaintiff has not filed a copy of his trust account

23    statement or otherwise responded to the court's orders.  The undersigned will therefore

24    recommend dismissal of this action for failure to prosecute and failure to comply with a court

25    order.

26          In recommending this action be dismissed for failure to prosecute, the court has

27    considered "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to

28    manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring

                                                  1

1  disposition of cases on their merits; and (5) the availability of less drastic alternatives." Ferdik v.

2  Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (citation omitted).  Because this case cannot

3  move forward without plaintiff's participation, the court finds the factors weigh in favor of

4  dismissal.

5      In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is

6  directed to assign a district judge to this case; and

7      IT IS FURTHER RECOMMENDED that this action be dismissed without prejudice.

8      These findings and recommendations are submitted to the United States District Judge

9  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

10  after being served with these findings and recommendations, plaintiff may file written objections

11  with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings

12  and Recommendations."  Plaintiff is advised that failure to file objections within the specified

13  time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153

14  (9th Cir. 1991).

15  DATED: July 22, 2024

16  _____
    ALLISON CLAIRE

17  UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28